Anna Darbinian
*Pro Hac Vice Counsel*, CA SBN 200828
ASHERSON, KLEIN & DARBINIAN
8484 Wilshire Blvd., Ste. 711
Beverly Hills, California 90211
Phone: (310) 247-6070
Email: ad@asherson.net

Brian J. Smith
*Local Counsel*, NV SBN 11279
LAW OFFICES OF BRIAN J. SMITH
520 S. 4th St., Ste. 340
Las Vegas, Nevada 89101
Phone: (702) 710-5552
Email: brian@bjsmithcriminaldefense.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIONISIE RAZVAN SPOREA and SKAI NICOLE PEED-SPOREA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 2:19-cv-1383-GMN-DJA <br><br> STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AND MOTION PRACTICE PENDING JOINT FILING BY PARTIES |

Each of the parties to this action, through their respective counsel, stipulate and agree as follows:

1. Defendants' Motion to Dismiss became fully briefed on August 20, 2021 and remains pending before this Court. *See* Dkts. No. 23, 25, 26.

2. Defendants filed a Motion For Leave to Provide Supplemental Authority on June 13, 2022. *See* Dkt. No. 29.

1

3. Plaintiffs' opposition to the Motion For Leave to Provide Supplemental Authority is due on June 27, 2022. *See* L.R. 7-2(b).

4. Counsel for both parties have since met and conferred and are in the process of reviewing the new U.S. Supreme Court decision, *Patel v. Garland*, 596 U.S. ___ (2022) and fully assessing their positions.

5. Counsel for both parties expect to continue to meet and confer and to prepare and file a joint filing with this Court on the impact of *Patel*, if any, to avoid inundating this Court with additional motion practice or extensions to motion deadlines. The parties propose to file their joint filing no later than July 27, 2022.

6. Based on the foregoing, the parties jointly request that this civil action and the currently pending motion practice be stayed until July 27, 2022, or until a joint filing regarding the *Patel* decision is filed with this Court, whichever occurs sooner.

/s/ Anna Darbinian              /s/ Skyler Pearson

ANNA DARBINIAN, ESQ,            SKYLER PEARSON
Counsel for Plaintiffs          Assistant United States Attorney

### ORDER

Based on the foregoing stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that this action and the currently pending motion practice are **STAYED** until the earlier of July 27, 2022, or when parties file a subsequent joint filing with this Court.

**IT IS SO ORDERED.**

Dated this  28  day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT