JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.Pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dionisie Razvan Sporea et al., <br><br>　　　　Plaintiff, <br><br>v. <br><br>United States of America et al., <br><br>　　　　Defendants. | Case No. 2:19-cv-01383-GMN-DJA <br><br>**Joint Stipulation to Provide Supplemental Authority** |

　　　　Plaintiffs, Dionisie Razvan Sporea et al., and Defendants, United States of America et al., by and through undersigned counsel, hereby stipulate and agree to provide the Court with supplemental authority.

　　　　This term, the United States Supreme Court issued an opinion in *Patel v. Garland*, --- U.S. ----, 142 S. Ct. 1614 (2022). The parties agree that the *Patel* decision should be provided to the Court. However, the parties dispute the impact, if any, the decision should have on the above-captioned action. The United States argues that *Patel* should be considered by this Court prior to the Court issuing a decision on the United States' motion to dismiss (ECF No. 29). Plaintiffs argue that the case is not applicable and should not impact this Court's decision on the motion. The parties are willing to provide additional briefing on the issue should the Court so order.

A copy of the decision in *Patel* is attached hereto as Exhibit A.

Defendants hereby withdraw their motion for leave to file supplemental authority (ECF No. 29).

Respectfully submitted this 27th day of July 2022.

| ASHERSON, KLEIN & DARBINIAN | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Anna Darbinian*<br>ANNA DARBINIAN, ESQ.<br>Asherson, Klein & Darbinian<br>8484 Wilshire Blvd., Suite 711<br>Beverly Hills, California 90211<br>ad@asherson.net<br><br>*Attorney for Plaintiff* | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall have until August 23, 2022, to each file a brief, not to exceed ten pages, addressing the impact of the Supreme Court's *Patel v. Garland*, ___ U.S. ___, 142 S. Ct. 1614 (2022), decision in this case.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Supplemental Authority, (ECF No. 29), is **DENIED as moot**.

Dated this  9   day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT